UNITED STATE DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation,<br><br>               Plaintiff(s),<br><br>   v.<br><br>INSITUFORM TECHNOLOGIES, LLC, a Missouri Corporation.<br><br>             Defendant(s). | NO.  2:18-cv-1523<br><br>NOTICE OF REMOVAL |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that defendant Insituform Technologies, LLC, hereby files its Notice of Removal pursuant to 28 U.S.C. § 1441(b) on the following grounds:

1.     This state court action was commenced in King County Superior Court on September 26, 2018, and served on Insituform Technologies, LLC on October 1, 2018.  All named defendants have been served.  The earliest deadline for Insituform Technologies, LLC to answer the Complaint would be October 22, 2018.  The defendant has not filed any pleadings in this matter besides a Notice of Appearance.

2.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by defendant Insituform Technologies, LLC

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1    pursuant to the provision of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of

2    different states, and according to the allegations in the Complaint, the amount in controversy totals

3    $118,368.89, exceeding the threshold sum of $75,000, exclusive of alleged interest and costs.

4          3.      This Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b).

5          4.      Complete diversity of citizenship exists in that: Plaintiff is a citizen of the State of

6    Washington; and defendant Insituform Technologies, LLC being incorporated in the State of

7    Delaware and having its principal place of business in the State of Missouri, and is the only served

8    Defendant.   Insituform Technologies, LLC members David Morris and Charles Gordon are

9    citizens of the State of Missouri, and the third member, Aegion Corporation, is incorporated in

10   Delaware with its principal place of business in the State of Missouri.

11         5.      Defendant Insituform Technologies, LLC will give notice of the filing of this Notice

12   of Removal to Plaintiff and will file a copy of this Notice of Removal with the Superior Court of the

13   State of Washington for King County as required by 28 U.S.C. § 1446(d).

14         WHEREFORE, Defendant Insituform Technologies, LLC respectfully requests that the

15   state court Complaint be removed to this Court.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1   DATED this 16th day of October, 2018.

2                                    PREG O'DONNELL & GILLETT PLLC

3

4                                    By  /s/ Eric P. Gillett
                                        Eric P. Gillett
5                                       WSBA #23691

6                                    By   /s/ David M. Poore
                                        David M. Poore
7                                       WSBA #35859

8                                    Attorneys for Defendant Insituform
                                     Techonologies, LLC
9                                    901 Fifth Avenue, Suite 3400
                                     Seattle, Washington 98164
10                                   Phone: 206-287-1775
                                     Firm Email:
11                                        egillett@pregodonnell.com
                                          dpoore@pregodonnell.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL - 3
10691-0002  5520640.docx
NO.  18-2-24094-8

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

1

2          I hereby declare that on this day I electronically filed the foregoing document with the Clerk

3    of the Court using the CM/ECF system, which will send notification of such filing to the attorneys

4    of record listed below:

5    <u>**Counsel for Plaintiff City of Seattle**</u>:
     Joseph G. Groshong, Esq.
6    Seattle City Attorney's Office
     701 5th Ave Ste 2050
7    Seattle, WA 98104-7097
     ***joseph.groshong@seattle.gov***
8

9

10

11          DATED at Seattle, Washington, this 16th day of October, 2018.

12

13                                          _____ s/ Andrea Anthony _____
                                            Andrea Anthony
14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL - 4
10691-0002  5520640.docx
NO.  18-2-24094-8

**PREG O'DONNELL & GILLETT** PLLC

901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113