THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation,<br><br>              Plaintiff,<br>    v.<br><br>INSITUFORM TECHNOLOGIES, LLC, a Missouri Corporation,<br><br>              Defendant. | CASE NO. C18-1523-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 9.) The Court hereby VACATES all case deadlines and the status conference scheduled in this matter. The Clerk is DIRECTED to statistically close this case pending the parties' filing of a stipulated dismissal.

DATED this 22nd day of February 2019.

                                                      William M. McCool
                                                      Clerk of Court

                                                      s/Tomas Hernandez
                                                      Deputy Clerk